IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANDREW WOLTERS,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>COMMONWEALTH OF  )<br>VIRGINIA, et al.,  )<br>    Defendants.  ) | Civil Action No. 7:12-cv-00269<br><br>**ORDER**<br><br>By:  Hon. Jackson L. Kiser<br>      Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for leave to proceed in forma pauperis is **DENIED**; the action is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g); plaintiff's motion to merge documents is **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 3rd day of July, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge