CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUL -3 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANDREW WOLTERS, ) | Civil Action No. 7:12-cv-00269 | |
|    Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| COMMONWEALTH OF ) | | |
| VIRGINIA, et al., ) | By: Hon. Jackson L. Kiser | |
|    Defendants. ) | Senior United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that plaintiff's motion for leave to proceed in forma pauperis is **DENIED**; the action is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g); plaintiff's motion to merge documents is **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 3rd day of July, 2012.

                                            /s/ Jackson L. Kiser
                                            Senior United States District Judge